# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT REED,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>B. CURRY, Warden,<br><br>　　　　Respondent.<br>_____/ | 1:08-cv-00088 AWI-GSA (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>(DOCUMENT #7)<br><br>THIRTY DAY DEADLINE |

　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 10, 2008, petitioner filed a motion to extend time to file his objections to the Findings and Recommendation issued by the court on February 8, 2008. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Petitioner is granted thirty days from the date of service of this order in which to file his objections to the Findings and Recommendation .

　　　IT IS SO ORDERED.

　　Dated:   April 3, 2008　　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE